

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EFRAIN JIMENEZ (2),<br><br>    Defendant. | No. 20CR0129-CAB<br><br>ORDER ON UNOPPOSED MOTION AND<br>JUDGMENT OF DISMISSAL |

Based on the Motion of the United States and for good cause shown, leave of court is granted, and

IT IS ORDERED THAT the information in this case be dismissed against defendant Efrain Jimenez (2) ONLY without prejudice; and

IT IS FURTHER ORDERED THAT the motion hearing/trial setting date of February 13, 2020, be vacated for defendant Efrain Jimenez (2) ONLY.

IT IS SO ORDERED.

DATED: January 15, 2020.

HON. CATHY ANN BENCIVENGO
United States District Court Judge